# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARI LEVIN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., a New Jersey Corporation,<br><br>Defendant | Civil Action No. 15-6985 (JLL)(JAD) |
| MICHAEL G. CRISTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant | Civil Action No. 15-6988 (JLL)(JAD)<br><br>**ORDER APPOINTING INTERIM<br>CO-LIAISON COUNSEL** |
| DENISE DeFIESTA, CARRIE LASPINA and JOHN FERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>Defendant. | Civil Action No. 15-7012 (JLL)(JAD) |
| JANUSZ MINKINA, IZABELA SZULC, LEO GLICKMAN, RICHARD S. CORENTHAL, ANDRA J. FERTIG, GREGORY H. SKIDMORE and WALTER MUROYA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs, | Civil Action No. 15-7020 (JLL)(JAD) |

| | |
|---|---|
| v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>     Defendant | |
| MICHAEL GHEZZI, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>     Defendant. | Civil Action No. 15-7035(JLL)(JAD) |
| BARRY L. STEIN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC.,<br><br>     Defendant. | Civil Action No. 15-7052(JLL)(JAD) |
| JAMES V. WILLIAMS and THOMAS S. McGRATH, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. and VOLKSWAGEN AG,<br><br>     Defendants. | Civil Action No. 15-7053(JLL)(JAD) |

  THIS MATTER having been opened to the Court by counsel for Plaintiffs, in the presence of counsel for Defendants, and good cause appearing,

IT IS THIS _____ day of September, 2015

ORDERED on an interim basis as follows:

1. The Court hereby appoints James E. Cecchi and Christopher A. Seeger as Interim Co-Liaison Counsel to act on behalf of the Plaintiffs and the putative Class with the responsibilities set forth below:

   a. coordinate on behalf of Plaintiffs;

   b. convene meetings among Plaintiffs' counsel;

   c. perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the court.

   d. serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

   e. ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel via the Court's electronic filing system);

   f. communicate with defense counsel on behalf of plaintiffs.

2. This Order shall apply to each action arising out of the same or substantially similar facts as alleged in this action subsequently filed in or transferred to the United States District Court for the District of New Jersey.

_____

JOSE L. LINARES, U.S.D.J.