# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | **PHONE (973) 994-1700** | AVRAM S. EULE | ALAN J. GRANT° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **FAX (973) 994-1744** | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JOHN M. AGNELLO | MELISSA E. FLAX | www.carellabyrne.com | | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | | AMANDA J. BARISICH |
| | BRIAN H. FENLON | | | ZACHARY S. BOWER+ |
| | LINDSEY H. TAYLOR | | | MICHAEL CROSS |
| JAMES D. CECCHI (1933-1995) | CAROLINE F. BARTLETT | | | CHRISTOPHER J. BUGGY |
| JOHN G. GILFILLAN III (1936-2008) | | | | °MEMBER NY BAR ONLY |
| ELLIOT M. OLSTEIN (1939-2014) | | | | +MEMBER FL BAR ONLY |

September 30, 2015

**<u>Via ECF and Regular Mail</u>**

Honorable Jose L. Linares, U.S.D.J.
United States District Court
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re:

*DeFiesta v. Volkswagen Group of America*
Civil Action No. 15-7012 (JLL)(JAD)

*Goldman v. Volkswagen Group of America*
Civil Action No. 15-07155 (JLL)(JAD)

*Minkina v. Volkswagen Group of America*
Civil Action 15-7020 (JLL)(JAD)

*Conte v. Volkswagen Group of America*
Civil Action No. 15-07139 (JLL)(JAD)

*Ghezzi v. Volkswagen Group of America*
Civil Action No. 15-7035 (JLL)(JAD)

*Drachler v. Volkswagen Group of America*
Civil Action No. 15-07131(JLL)(JAD)

*Stein v. Volkswagen Group of America*
Civil Action No. 15-7052(JLL)(JAD)

*Verez v. Volkswagen Group of America*
Civil Action No. 15-07123(JLL)(JAD)

*Williams v. Volkswagen Group of America*
Civil Action No. 15-7053(JLL)(JAD)

*Brilla v. Volkswagen Group of America*
Civil Action No. 15-07122(JLL)(JAD)

*Levin v. Volkswagen Group of America*
Civil Action No. 15-6985 (JLL)(JAD)

*Heppard v. Volkswagen Group of America*
Civil Action No. 15-07141(JLL)(JAD)

*Criston v. Volkswagen Group of America*
Civil Action No. 15-6988(JLL)(JAD)

*Montano v. Volkswagen Group of America*
Civil Action No. 15-07142(JLL)(JAD)

*Behncke v. Volkswagen Group of America*
Civil Action No. 15-07176(JLL)(JAD)

*Heppard v. Volkswagen Group of America*
Civil Action No. 15-07140(JLL)(JAD)

Honorable Jose L. Linares, U.S.D.J.
September 30, 2015
Page 2

*Peterson v. Volkswagen Group of America*
Civil Action No. 15-07110(JLL)(JAD)

*Ford v. Volkswagen Group of America*
Civil Action No. 15-07081(JLL)(JAD)

*Cunningham v. Volkswagen Group of America*
Civil Action No. 15-07079(JLL)(JAD)

Dear Judge Linares:

  I am writing to update Your Honor on recent developments in these cases, both in New Jersey as well as across the country. First, there are now close to 30 class cases filed in the District of New Jersey asserting virtually identical claims arising out of the Volkswagen emissions scandal. We anticipate that many, many more overlapping cases will be filed in the coming days. We will keep the Court abreast of these filings.

  In addition, I have enclosed a copy of an initial Interested Party Response filed with the Judicial Panel on Multi-District Litigation on behalf of three New Jersey plaintiffs. We anticipate many more Interested Party responses seeking coordination in this District, both from New Jersey citizens as well as plaintiffs who have filed their cases elsewhere including California, Alabama and Florida.

  Thank you for your continued attention to this important matter.

           Respectfully submitted,

           CARELLA, BYRNE, CECCHI,
          OLSTEIN, BRODY & AGNELLO

           JAMES E. CECCHI

Enclosure
cc: Honorable Joseph A. Dickson, U.S.M.J. (Via ECF and Regular Mail)
   All Counsel (Via ECF)
#585329