UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE

MARTIN LUTHER KING
COURTHOUSE
50 WALNUT ST.
COURT ROOM 5D
NEWARK, NJ 07101
973-645-6042

October 6, 2015

## LETTER ORDER

Via ECF
To All Counsel of Record

    Re:

*Levin v. Volkswagen Group of America, Inc.*
Civil Action No. 15-6985 (JLL) (JAD)

*Criston v. Volkswagen Group of America, Inc.*
Civil Action No. 15-6988 (JLL) (JAD)

*DeFiesta v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7012 (JLL) (JAD)

*Minkina et al. v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7020 (JLL) (JAD)

*Ghezzi v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7035 (JLL) (JAD)

*Stein v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7052 (JLL) (JAD)

*Williams et al. v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7053 (JLL) (JAD)

*Hayashi v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7060 (JLL) (JAD)

*Cunningham v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7079 (JLL) (JAD)

*Ford et al. v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7081 (JLL) (JAD)

*Armstrong et al. v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7085 (JLL) (JAD)

*Steele v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7086 (JLL) (JAD)

*Badeanlou et al. v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7108 (JLL) (JAD)

*Peterson et al. v. Volkswagen Group of America, Inc. et al.*
Civil Action No. 15-7110 (JLL) (JAD)

*Brilla v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7122 (JLL) (JAD)

*Verez v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7123 (JLL) (JAD)

*Drachler v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7131 (JLL) (JAD)

*Conte v. Volkswagen Group of America, Inc. et al.*
Civil Action No. 15-7139 (JLL) (JAD)

*Heppard v. Volkswagen Group of America, Inc. et al.*
Civil Action No. 15-7140 (JLL) (JAD)

*Baczewski et al. v. Volkswagen Group of America, Inc. et al.*
Civil Action No. 15-7141 (JLL) (JAD)

*Montano v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7142 (JLL) (JAD)

*Goldman et al. v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7155 (JLL) (JAD)

*Travalio et al. v. Volkswagen AG et al.*
Civil Action No. 15-7157 (JLL) (JAD)

*Bagert v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7174 (JLL) (JAD)

*Barger v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7175 (JLL) (JAD)

*Behncke et al. v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7176 (JLL) (JAD)

*Underwood v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7178 (JLL) (JAD)

*Klahn v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7179 (JLL) (JAD)

*Manuel-Adams et al. v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7183 (JLL) (JAD)

*Husserl v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7184 (JLL) (JAD)

*Cua et al. v. Volkswagen Group of America, Inc. et al.*
Civil Action No. 15-7195 (JLL) (JAD)

*Puglisi et al. v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7208 (JLL) (JAD)

*Springfield v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7219 (JLL) (JAD)

*Beitz v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7233 (JLL) (JAD)

*Greczylo et al. v. Volkswagen Group of America, Inc. et al.*
Civil Action No. 15-7234 (JLL) (JAD)

*Kannapel v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7235 (JLL) (JAD)

*McKenna et al. v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7236 (JLL) (JAD)

*Sprague v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7237 (JLL) (JAD)

*Spiker v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7241 (JLL) (JAD)

*Cowell v. Volkswagen Group of America, Inc. et al.*
Civil Action No. 15-7243 (JLL) (JAD)

*Lefkowitz et al. v. Volkswagen Group of America, Inc. et al.*
Civil Action No. 15-7251 (JLL) (JAD)

*Heinz v. Volkswagen Group of America, Inc. et al.*
Civil Action No. 15-7257 (JLL) (JAD)

*George Leon Family Trust v. Volkswagen AG, et al.*
Civil Action No. 15-7283 (JLL) (JAD)

*Allen v. Volkswagen Group of America, Inc. et al.*
Civil Action No. 15-7284 (JLL) (JAD)

*Solnick et al. v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7292 (JLL) (JAD)

*Halper v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7293 (JLL) (JAD)

*Brier v. Volkswagen Group of America, Inc.*
Civil Action No. 15-7297 (JLL) (JAD)

Dear Counsel:

Pending before the Court is the request for appointment of James E. Cecchi and Christopher A. Seeger as Interim Co-Liaison Counsel for the numerous class actions now pending before this Court against Volkswagen Group of America ("VW"). (*See* No. 15-7012, ECF No. 5, Letter from James E. Cecchi dated September 25, 2015.)

The Court has received and reviewed multiple submissions in response to the request. (No. 15-7012, ECF No. 6, Letter from Joseph J. DePalma dated September 28, 2015; No. 15-7012, ECF No. 8, Letter from James E. Cecchi dated September 28, 2015 in response to DePalma letter; No. 15-7139, ECF No. 5, Letter from Eric T. Kanefsky dated September 30, 2015; No. 15-7012, ECF No. 9, Letter from James E. Cecchi dated September 30, 2015 in response to Kanefsky letter; No. 15-7139, ECF No. 8, Letter from Eric T. Kanefsky dated September 30, 2015 in reply to Cecchi's response.)

Since September 21, 2015, there have been over forty actions filed in this district against VW, with more being filed every day. For the purposes of organizing this continuously expanding docket, the Court hereby appoints James E. Cecchi and Christopher A. Seeger as Interim Co-Liaison Counsel to act on behalf of the Plaintiffs and the putative Class with responsibilities set forth below:

    a. coordinate on behalf of Plaintiffs;

    b. convene meetings among Plaintiffs' counsel;

    c. perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the court;

    d. serve as the primary contact for communications between the Court and other Plaintiffs' counsel;

    e. ensure that all notices, orders, and material communications are properly distributed (to the extent that they are not otherwise served on Plaintiffs' counsel via the Court's electronic filing system);

    f. communicate with defense counsel on behalf of plaintiffs.

This Order shall apply to, and be docketed in, each action arising out of the same or substantially similar facts as alleged in these actions subsequently filed in or transferred to the United States District Court for the District of New Jersey.

**IT IS SO ORDERED.**

Dated: October 6, 2015

                                                     JOSE L. LINARES
                                                     UNITED STATES DISTRICT JUDGE